1

2

3

4

5

6

7                         IN THE UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9    JERED CHAVEZ,

10              Plaintiff,                    Case No. 2:12-cv-1948 KJM DAD PS

11        v.

12   DANIEL J. MORALES,                      FINDINGS AND RECOMMENDATIONS

13              Defendant.

14   _____/

15              Plaintiff, Jered Chavez, is proceeding in this action pro se.  This matter was

16   referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

17              On October 29, 2012, the court issued an order dismissing plaintiff's complaint

18   and granting him leave to amend within twenty-eight days thereof.  (Doc. No. 4.)  Court records

19   reflect that on November 13, 2012, plaintiff's copy of the order was returned to the court by the

20   postal service as undeliverable and unable to be forwarded.

21              It appears that plaintiff has failed to comply with Local Rule 182, which requires

22   every party, including any party proceeding pro se, to notify the court and all other parties of any

23   change of address.  Local Rule 182(f).  "Absent such notice, service of documents at the prior

24   address of the attorney or pro se party shall be fully effective."  Id.  Failure to comply with the

25   Court's rules or with any order of the Court may be grounds for imposition by the Court of any

26   /////

1

1   and all sanctions authorized by statute or rule or within the inherent power of the Court.  Local

2   Rule 110.

3          Good cause appearing, IT IS RECOMMENDED that this action be dismissed

4   without prejudice due to plaintiff's failure to keep the Court apprised of his current address and

5   his failure to comply with applicable rules and Court orders.

6          These findings and recommendations will be submitted to the United States

7   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

8   fourteen days after being served with these findings and recommendations, plaintiff may file and

9   serve written objections with the court.  A document containing objections should be titled

10  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff's failure to file

11  objections within the specified time may, under certain circumstances, waive the right to appeal

12  the District Court's order regarding the findings and recommendations.  See Martinez v. Ylst,

13  951 F.2d 1153 (9th Cir. 1991).

14  DATED: January 9, 2013.

15

16  _____

        DALE A. DROZD

17      UNITED STATES MAGISTRATE JUDGE

18  DAD:6
    Ddad1\orders.pro se\chavez1948.nca.f&rs
19

20

21

22

23

24

25

26